MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TORREY PINES RANCH ESTATES HOMEOWNERS ASSOCIATION; UNDERWOOD PARTNERS, LLC; NV EAGLES, LLC; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No.: 2:16-cv-00375-JAD-BNW<br><br>**ORDER GRANTING STIPULATION TO EXTEND SUMMARY JUDGMENT BRIEFING DEADLINES**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 71] |

Plaintiff Nationstar Mortgage LLC and defendants Torrey Pines Ranch Estates Homeowners Association and NV Eagles, LLC stipulate and request the court extend Nationstar's deadline to oppose NV Eagles' renewed motion for summary judgment, ECF No. 67, by fourteen days, from June 19, 2020 to **July 6, 2020**[1], and Nationstar's deadline to reply supporting its motion for partial summary judgment, ECF No. 64, by fourteen days, from June 23, 2020 to **July 7, 2020**.

NV Eagles renewed its summary judgment motion on May 29, 2020. (ECF No. 67.) Nationstar's opposition is due June 19, 2020. To allow Nationstar additional time to prepare its briefing, the parties stipulate to extend Nationstar's opposition deadline by to **July 6, 2020**.

---

[1] Fourteen days lands on Friday, July 3, 2020, which is a court holiday.

1

53516847;1

Nationstar renewed its motion for partial summary judgment on May 19, 2020. (ECF No. 64.) Torrey Pines and NV Eagles filed their oppositions on June 9, 2020. (ECF Nos. 69, 70.) Nationstar's reply deadline is June 23, 2020. Since NV Eagles' opposition, ECF No. 70, raises similar arguments to those included in its renewed motion for summary judgment, ECF No. 67, and because the parties have agreed to extend Nationstar's deadline to oppose the renewed motion to July 6, 2020, the parties stipulate to extending Nationstar's reply deadline by fourteen days as well, to **July 7, 2020**.

This is Nationstar's first extension request. This request is not made to cause delay or prejudice to any party.

## ORDER

Local Rule 7-1(c) states that "[a] stipulation that has been signed by fewer than all parties or their attorneys will be treated—and must be filed—as a joint motion." Plaintiff Nationstar Mortgage LLC and defendants Torrey Pines Ranch Estates Homeowners Association and NV Eagles, LLC's stipulation to extend the briefing schedule on NV Eagles' and Nationstar Mortgage's summary-judgment motions is signed by fewer than all of the parties in this case. Accordingly, I treat the stipulation **[ECF No. 71]** as a joint motion under LR 7-1(c), find good cause, and **GRANT it**. Nationstar's time to respond to NV Eagles' summary-judgment motion [ECF No. 67] is **EXTENDED to July 6, 2020**, and Nationstar Mortgage's time to file its reply in support of its summary-judgment motion [ECF No. 64] is **EXTENDED to July 7, 2020**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 19, 2020

53516847;1