AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Nationstar Mortgage LLC,

            Plaintiff,

    v.

Torrey Pines Ranch Estates Homeowners Association, et al.,

           Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00375-JAD-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that partial judgment is entered in favor of NV Eagles, LLC and against Lloyd Henderson, declaring that any interest that Lloyd Henderson may have had in the real property located at 6217 Newkirk Court, Las Vegas, Nevada 89130 (APN 125-26-110 -015) was extinguished by the 5/31/2013, foreclosure sale, so any interest that NV Eagles, LLC has in that property is free and clear of Lloyd's interest.

7/22/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk